# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 2:18-CR-73** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **CLARENCE HOFFERT**, | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 4th day of October, 2018, upon consideration of the motion (Doc. 26) to dismiss the indictment by defendant Clarence Hoffert, and the parties' respective briefs in support of and opposition to said motion (Docs. 27, 31, 36), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 26) to dismiss the indictment is DENIED.

2. The government may submit supplemental points for charge in light of the court's reasoning set forth in the accompanying memorandum.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania