## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 2:18-CR-73** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **CLARENCE HOFFERT,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 1st day of February, 2019, upon consideration of defendant's motion (Doc. 78) for judgment of acquittal, and the parties' respective briefs in support of and opposition to said motion, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 78) for judgment of acquittal is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania